IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | Criminal No. PJM 13-0481 |
| **NAOMI L. COOK** | * | |
| Defendant | * | |

## **MEMORANDUM OPINION**

Defendant Naomi Cook, *pro se*, has noted an appeal from the Magistrate Judge's ruling finding her guilty of the offense of parking without authority in an unauthorized location. While the appeal was timely filed, Cook did not file a memorandum of facts and law within thirty (30) days as required by Local Rule 302. The memorandum would have specified the exact points of law, facts and authorities on which the appeal was based. In view of Cook's failure to timely file the memorandum, the Court will **DISMISS** her appeal. *See* Local Rule 302.

A separate **ORDER** will issue.

/s/
**PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE**

November 12, 2013